

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2018

No. 04-18-00455-CV

**EX PARTE VINCENT TREVOR CALDAROLA**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-06739
Honorable Solomon Casseb III, Judge Presiding

## O R D E R

Appellee is currently represented on appeal by attorney Gayle Calderola. On November 2, 2018, appellee filed a motion asking this court to allow current counsel to withdraw and allow attorney John F. Carroll to substitute in as counsel on appeal. After review, we **GRANT** appellee's motion and **ORDER** that John F. Carroll be substituted as appellate counsel for appellee. Attorney Gayle Calderola is ordered removed as counsel for appellee.

We **order** the clerk of this court to serve a copy of this order on all counsel including attorneys Gayle Calderola and John F. Carroll.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court